AMERICAN HAIR & FELT CO.,

Defendant Below, Appellant,

*vs.*

MASON B. STARRING, JR.

Complainant Below, Appellee.

*Supreme Court, On Appeal, June Term,* 1937.

LAYTON, C. J., HARRINGTON, RICHARDS, RODNEY, and SPEAKMAN, JJ., sitting.

*Hugh M. Morris* and *Edwin D. Steel, Jr.,* both of Wilmington, *Louis Quarles,* of Lines, Spooner & Quarles, of Milwaukee, Wis., of Counsel, for defendant below, appellant.

*Aaron Finger,* of Richards, Layton & Finger, of Wilmington, and *Malcolm McCartney,* of Chicago, Ill., for complainant below, appellee.

*Per Curiam:*

The record and briefs have been carefully considered. The preliminary injunction prayed for by the complainant was properly issued, and the opinion of the Chancellor sufficiently discloses the reasons therefor. The decree is affirmed.